IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

736 BUILDING OWNER, LLC,
CYTEC SOFTWARE SYSTEMS, INC., AND
OSCAR DE LEON, INDIVIDUALLY                                                         PLAINTIFFS

VS.                                                              CIV. ACTION NO. 3:14-CV-222-DCB-MTP

REGIONS BANK AND JOHN AND JANE DOES 1-5                             DEFENDANTS

**AGREED ORDER GRANTING REGIONS BANK'S
UNOPPOSED MOTION FOR EXTENSION OF DEADLINE**

THIS CAUSE is before the Court on the Unopposed Motion for Extension of Deadline filed by of Regions Bank [Dkt. #15] regarding the deadline for Regions Bank to file its Rebuttal in support of its Motion to Dismiss [Dkt. #9], and the Court, having considered said Motion, and being advised that Plaintiffs are unopposed to the Motion and are agreeable to the terms of this Order, and otherwise being fully advised in the premises, finds that the Motion should be granted.

IT IS HEREBY ORDERED that the deadline for Regions Bank's Rebuttal in support of its Motion to Dismiss is hereby extended to August 19, 2014.

This the  11th  day of August, 2014.


                                                         s/ David Bramlette_____
                                                        UNITED STATES DISTRICT JUDGE

SUBMITTED BY:

/s/ Robert Parrott
*Counsel for Regions Bank*
C. Phillip Buffington (MSB No. 7035)
M. Scott Jones (MSB No. 102239)
G. Robert Parrott, II (MSB No. 103970)
**ADAMS AND REESE LLP**
1018 Highland Colony Parkway, Suite 800
Ridgeland, Mississippi 39157
Telephone: (601) 353-3234
E-Mail:   phil.buffington@arlaw.com
           scott.jones@arlaw.com
           robert.parrott@arlaw.com

AGREED TO BY:

/s/ Robert C. Williamson
*Counsel for Plaintiffs*

2

34954447_1