**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION**

**736 BUILDING OWNER, LLC,
CYTEC SOFTWARE SYSTEMS, INC., AND
OSCAR DE LEON, INDIVIDUALLY**                              **PLAINTIFFS**

**VS.**                              **CIV. ACTION NO. 3:14-CV-222-DCB-MTP**

**REGIONS BANK AND JOHN AND JANE DOES 1-5**                              **DEFENDANTS**

---

**ORDER GRANTING UNOPPOSED MOTION TO EXTEND REBUTTAL DEADLINE**

---

THIS CAUSE is before the Court on the Unopposed Motion to Extend Rebuttal Deadline filed by Defendant Regions Bank [Doc. 104], and the Court, having considered said Motion, being advised that Plaintiffs are unopposed to the requested extension, and otherwise being fully advised in the premises, finds that the Motion should be granted.

IT IS HEREBY ORDERED that the deadline for Regions Bank to file a Rebuttal in support of its Motion for Summary Judgment is extended up to and including March 16, 2016.

SO ORDERED, this the 15th day of March, 2016.


s/David Bramlette_____
UNITED STATES DISTRICT JUDGE




Presented by:

/s/ Robert Parrott_____
robert.parrott@arlaw.com
*Counsel for Regions Bank*